IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

PASQUALE AGNONE, on behalf of himself and all others similarly situated,

        Plaintiff,

    -against-

Fortuna LI, LLC,

        Defendant.

-------------------------------------------------------------------------x

**FILED**
**CLERK**

9:29 am, Dec 11, 2024

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Case No. 2:24-cv-04400-JS-AYS

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT FORTUNA LI, LLC AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Fortuna LI, LLC, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December 10, 2024

**HOROWITZ LAW, LLC**

*/s/ Uri Horowitz*
Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
Fax: (718) 705-8705
uri@horowitzlawpllc.com

*Attorney for Plaintiff*

Dated: December 10, 2024

/s/ *Jeffrey J. Imeri (with consent)*
Jeffrey J. Imeri, Esq.
**MARSHALL DENNEHEY P.C.**
Wall Street Plaza
88 Pine St. 29th Floor
New York, NY 10005
Telephone: (212) 376-6400
Email: JJImeri@mdwcg.com

*Attorney For Defendant Fortuna LI, LLC*

SO ORDERED:

```
        The Clerk of Court is directed to mark this case CLOSED.
```
/s/ HON. JOANNA SEYBERT
_____
Judge, U.S. District Court
Eastern District of New York

```
Dated: December 11, 2024
Central Islip, New York
```